IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-133-BO

| | | |
|---|---|---|
| STANLEY WILLIS,<br>　　　Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Southern Division case. The Honorable Terrence W. Boyle, United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 7:17-CV-186-BO.** No further filing shall be made in 4:17-CV-133-BO.

SO ORDERED. This 27th day of September, 2017.

_____
Peter A. Moore, Jr.
Clerk of Court